**Transferred case has been opened**
cmecfbb    to: InterdistrictTransfer_NVD                    08/22/2018 10:26 AM

CASE: 2:17-cv-03026

DETAILS: Case transferred from Nevada
has been opened in District of New Mexico - Version 6.2.1
as case 1:18-cv-00809, filed 08/21/2018.